TALLEY *et al. v.* BROWN *et al.,* trustees.

FISH, C. J. This case by consent was tried by the presiding judge without the intervention of a jury. The judgment rendered, permanently enjoining the defendants, was authorized by the law and the evidence.

*Judgment affirmed. All the Justices concur.*

FEBRUARY 15, 1917.

Equitable petition. Before Judge Wright. Walker superior court. December 1, 1915.

*W. P. McClatchey* and *W. M. Henry,* for plaintiffs in error.

*O. N. Chambers,* contra.